UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Acuity Mutual Insurance Co., Assignee of Shelly and Sands, Inc., | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 1:10-cv-00239-SEB-WGH |
| T&R Pavement Markings, Inc. and Highway Technologies, Inc., as Successor In Interest to T&R Pavement Markings, Inc., | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Plaintiff Acuity Mutual Insurance Co. and against Defendant Highway Technologies, Inc.

IT IS SO ORDERED.

Date: __06/21/2011__

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

James H. Austen
STARR AUSTEN MYERS & MILLER, LLP
austen@starrausten.com

Matthew B. Barr
BARNES & THORNBURG LLP
mbarr@btlaw.com

William M. Berish
MEILS THOMPSON DIETZ & BERISH
wberish@meilsattorney.com

Joseph C. Chapelle
BARNES & THORNBURG LLP
joe.chapelle@btlaw.com

Ashlie K. Keaton
THRELKELD & ASSOCIATES
akeaton@threlkeld-legal.com

Jeanine R. Kerridge
BARNES & THORNBURG LLP
jeanine.kerridge@btlaw.com

Rick D. Meils
MEILS THOMPSON DIETZ & BERISH
rmeils@meilsattorney.com

W. Brent Threlkeld
THRELKELD & ASSOCIATES
brent@threlkeld-legal.com