UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ACUITY MUTUAL INSURANCE COMPANY, ASSIGNEE OF SHELLY AND SANDS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:  1:10-cv-0239-SEB-WGH |
| T & R PAVEMENT MARKINGS, INC. an Indiana Corporation, and HIGHWAY TECHNOLOGIES, INC., as Successor In Interest to T & R PAVEMENT MARKINGS, INC., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that defendant Highway Technologies, Inc., in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 21st day of June, 2011.

Respectfully submitted,

By:     *s/Joseph C. Chapelle*
Joseph C. Chapelle (#14798-49)
Matthew B. Barr (#26252-53)
Jeanine R. Kerridge (#27721-29)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:  (317) 231-7433
Email:  joe.chapelle@btlaw.com
        mbarr@btlaw.com
        jeanine.kerridge@btlaw.com

*Attorneys for Defendant*
Highway Technologies, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this <u>13th</u> day of July, 2011.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system:

James H. Austen, Esq.
STARR AUSTEN & MILLER, LLP
Email:  austen@starrausten.com

William M. Berish, Esq.
Rick D. Meils, Esq.
MEILS THOMPSON DIETZ & BERISH
Email: wberish@meilsattorney.com
         rmeils@meilsattorney.com


By:  *s/Joseph C. Chapelle*
      Joseph C. Chapelle

INDS02 JCC 1174585v1